Filing # 48596456 E-Filed 11/07/2016 03:50:24 PM

## IN THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA

**CHRISTINA PEREZ,**

      **Plaintiff,**                     **CASE NO.:**

**v.**

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

      **Defendant.**

_____/

## STATEMENT OF CLAIM
## JURY DEMAND

**NOW INTO COURT,** through undersigned counsel, comes CHRISTINA

PEREZ, the Plaintiff herein, and hereby filed this Statement of Claim against

PORTFOLIO RECOVERY ASSOCIATES, LLC, the Defendant herein, and hereby

states as follows:

### PART I: INTRODUCTION

    1.     This is an action for damages which do not exceed $2,500.00 in any single

count; it is brought by individual consumer for violations of the Federal Fair Debt

Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION

    2.     Jurisdiction of this court arises under 15 U.S.C. §1692k(d) and 28 U.S.C.,

§1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. §1367.

    3.     This action arises out of Defendant's violations of the FDCPA, and out of

the invasions of Plaintiff's personal and financial privacy by this Defendant and its agents

in its illegal effort to collect a consumer debt from Plaintiff.

    4.     Venue is proper in this County because the acts and transactions occurred

in Florida where the Plaintiff resides and Defendant transacts business here.

## PARTIES

5.      Plaintiff is a natural person who resides in the State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6.      Defendant, a collection agency, operates from an address of 120 Corporate Blvd., Norfolk, VA 23502. Defendant has a registered agent in the State of Florida designated to receive service of process named Corporation Service Company, whose address is 1201 Hays Street, Tallahassee, FL 32301, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).  Defendant is also registered with the state of Florida as a "debt collector."

7.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8.      Defendant regularly collects or attempts to collect debts for other parties.

9.      Defendant is a "debt collector" as defined in the FDCPA.

10.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11.     Defendant is a corporation licensed to do business in the State of Florida as a registered debt collector.

12.     Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).  Upon information and belief, Defendant is attempting to collect on a consumer debt from Plaintiff, who used the credit at issue for personal purchases such as food, clothing, gasoline, travel, etc.

13.    Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendant for collection from this Plaintiff.

14.    Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

15.    On or about June 3, 2016, Plaintiff sent the original creditor, Kay Jewelers, in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed the debt at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "A".

16.    On or about June 22, 2016, the original creditor, Kay Jewelers, responded to Plaintiff's letter, stating that the account was sold to Contract Collection Systems, Inc. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

17.    On or about June 28, 2016, Plaintiff received a letter from Defendant, stating that they had received a dispute and providing documentation.  A true copy of Defendant's letter is attached hereto as Exhibit "C".

18.    On or about October 25, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 4167. A true copy of Defendant's letter is attached hereto as Exhibit "D".

19.    On or about November 2, 2016, Plaintiff pulled a credit report from Equifax Information Services LLC to review the account.  A true copy of Plaintiff's credit report is attached hereto as Exhibit "E".

## <u>COUNT I</u>
## <u>TRANSMITTING FALSE INFORTION TO A THIRD PARTY</u>
## <u>IN VIOLATION OF 15 U.S.C. § 1692c(b)</u>

20.    Plaintiff incorporates Paragraphs 1 through 19.

21.    Pursuant to § 803 of the FDCPA, 15 USC § 1692a, "communication" is defined as the conveying of information regarding a debt directly or indirectly, and the definition of a "debt collector" includes anyone who regularly attempts to collect debts, directly or indirectly.

22.    On or about June 3, 2016, Plaintiff sent the original creditor, Kay Jewelers, in writing, via United States Postal Service, First Class Mail, that Plaintiff disputed and refused to pay the debt at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "A".

23.    On or about June 22, 2016, the original creditor, Kay Jewelers, responded to Plaintiff's letter, stating that the account was sold to Contract Collection Systems, Inc. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

24.    On or about June 28, 2016, Plaintiff received a letter from Defendant, stating that they had received a dispute and providing documentation.  A true copy of Defendant's letter is attached hereto as Exhibit "C".

25.    On or about October 25, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 4167. A true copy of Defendant's letter is attached hereto as Exhibit "D".

26.     On or about November 2, 2016, Plaintiff pulled a credit report from Equifax Information Services LLC to review the account.  A true copy of Plaintiff's credit report is attached hereto as Exhibit "E".

27.     Upon review of her credit report, Plaintiff noticed variations in the account information provided by Kay Jewelers, the original creditor, and Defendant.

28.     On Plaintiff's credit report, Defendant claims that it owned the alleged debt as early as July 15, 2015 (see Exhibit "E").

29.     In a letter from the original creditor, Kay Jewelers, dated June 22, 2016, the original creditor claims that it sold the account to Contract Collection Systems, Inc., a party that is in no way affiliated with Defendant (see Exhibit "B").

30.     On Plaintiff's credit report provided by Equifax Information Services LLC, Kay Jewelers claims the revolving account was opened on December 8, 2011 and last reported on July 1, 2016 (see Exhibit "E").

31.     Alternatively, Defendant's account listing on the credit report claims that the open account was opened on July 16, 2015 (see Exhibit "E").

32.     On Plaintiff's credit report provided by Equifax Information Services LLC, Kay Jewelers claims that the first delinquency of the alleged debt was on April 2015 (see Exhibit "E").

33.     Alternatively, Defendant's account listing on the credit report claims that the alleged debt had its first delinquency on November 2015 (see Exhibit "E").

34.     On Plaintiff's credit report provided by Equifax Information Services LLC, Kay Jewelers claims that the account was closed on August 2014 (see Exhibit "E").

35.     Alternatively, Defendant's account listing on the credit report claims that their account was opened on July 16, 2015 (see Exhibit "E").

36.     On Plaintiff's credit report provided by Equifax Information Services LLC, Defendant claims that the account has been reported to Equifax Information Services LLC for 10 months (see Exhibit "E").

37.     This would be impossible, as Defendant claims that it has owned the opened account since July 16, 2015 on the very same credit report (see Exhibit "E").

38.     Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of the instant suit; and

c. Such other or further relief as the Court deems proper.

## COUNT II
### COLLECTION OF DEBT NOT OWNED BY PARTY
### IN VIOLATION OF 15 U.S.C. § 1692e(2)(A)

39.     Plaintiff incorporates Paragraphs 1 through 19.

40.     On or about June 3, 2016, Plaintiff sent the original creditor, Kay Jewelers, in writing, via United States Postal Service, First Class Mail, that Plaintiff

disputed and refused to pay the debt at issue. A true copy of Plaintiff's letter is attached hereto as Exhibit "A".

41.     On or about June 22, 2016, the original creditor, Kay Jewelers, responded to Plaintiff's letter, stating that the account was sold to Contract Collection Systems, Inc. A true copy of Plaintiff's letter is attached hereto as Exhibit "B".

42.     On or about October 25, 2016, Defendant sent Plaintiff a written request for payment of an alleged consumer debt, account number ending in 4167. A true copy of Defendant's letter is attached hereto as Exhibit "D".

43.     Defendant is attempting to collect an alleged debt that it does not own in violation of 15 U.S.C. § 1692e(2)(A).

44.     Section 813 of the FDCPA, 15 USC § 1692k, provides for an award in the amount of the sum of actual damages, up to $1,000.00 for each violation of the Act, and costs together with a reasonable attorney's fee.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated:  November 7, 2016


Michael Tierney, P.A.
Michael Tierney, Esquire
Florida Bar No. 643475
918 Beard Avenue
Winter Park, Florida 32789-1806
Tel: (407) 740-0074
Attorney for Plaintiff

# Exhibit "A"

June 3, 2016

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333

Christina Perez
1900 S Treasure Dr. Apt 6K
North Bay Village, FL 33141

RE:    Kay Jewelers Acct # ███████

Dear Dispute Department:

If you are reporting the above accounts on my credit report, they are disputed. Please accurately update it after your reinvestigation and send me a complete-updated credit report with the first five digits hidden in my social security number.

*Christina Perez*

Christina Perez

1900 S Treasure Dr. Apt 6K
North Bay Village, FL 33141



Christina Perez
1900 S Treasure Dr, Apt 61C
North Bay Village, FL 33141

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333

Exhibit "B"



June 22, 2016

Christina Perez
1900 S Treasure Dr Apt 6K
North Bay Village, FL 33141

RE:  Sterling Jewelers Inc, dba Kay Jewelers
     Account #█████████

Dear Christina Perez,

Thank you for your recent inquiry.  Upon further research, we have determined that your account was sold to Contract Collection Systems, Inc.

All account information and documentation was transferred to Contract Collection Systems, Inc. and any questions or concerns regarding the account should be directed there.  The most recent information we have is:

Contract Collection Systems, Inc.
7411 Frontier Trail
Chanhassen, MN  55317
(800) 331-0081

Sincerely,



Shelby D.
Recovery Special Accounts Representative

# Exhibit "C"

DEPT 922    2539527716062
PO BOX 4115
CONCORD CA 94524




**Portfolio Recovery Associates, LLC**

ADDRESS SERVICE REQUESTED

#BWNFTZF #9222539527716062#

CHRISTINA M PEREZ
1900 S TREASURE DR APT 6K
NORTH BAY VILLAGE FL 33141-4316

Account Number: ▮▮▮▮▮▮
SELLER: STERLING JEWELERS INC.
MERCHANT: KAY JEWELERS
ORIGINAL CREDITOR: STERLING JEWELERS INC.
Current Creditor: Portfolio Recovery Associates, LLC.
Balance: $654.25

D13

June 28, 2016

Dear CHRISTINA M PEREZ:

Please be advised we have reviewed your dispute and our records indicate we have already responded to a previous dispute substantially the same as your present dispute. Because your dispute alleges no new facts and includes no new information in which to form the basis for a new investigation, we will not be conducting another investigation of the dispute pursuant to 15 U.S.C. Section 1681s-2(a)(8)(F)(i)(ii) of the Fair Credit Reporting Act.

If we continue to receive subsequent correspondence from you regarding a dispute that has already been resolved, we will consider your inquiry answered. No further replies will be forthcoming unless you provide the information we need to assist you. Our office considers this matter closed.

Sincerely,

Disputes Department
140 Corporate Blvd
Norfolk, VA 23502
Telephone: 1-800-772-1413 ext. 10181
Fax: 1 (757) 321-2519

**Hours of Operation (EST):** 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun.

**This communication is from a debt collector. This communication is made for the limited purpose of responding to your dispute and is NOT an attempt to collect a debt.**

Notice: See Reverse Side for Important Information

PRAD13-0628-749731935-00439-439

DEPT 922    2539643716061
PO BOX 4115
CONCORD CA  94524

**Portfolio Recovery Associates, LLC**

ADDRESS SERVICE REQUESTED

#BWNFTZF #9222539643716061#


CHRISTINA M PEREZ
1900 S TREASURE DR APT 6K
NORTH BAY VILLAGE FL 33141-4316

June 28, 2016

Re:  Account Number: ███████████
     Seller: STERLING JEWELERS INC.
     Merchant: KAY JEWELERS
     Original Creditor: STERLING JEWELERS INC.

     Total Balance as of the Date of this Letter: $654.25

Dear CHRISTINA M PEREZ:

In response to your dispute related to the above account, Portfolio Recovery Associates, LLC ("PRA, LLC") has enclosed additional documentation for your review.

We have completed our investigation of your dispute concerning this account.

PRA, LLC has obtained and reviewed the attached documents related to this account, which establish its validity.

If you wish to discuss this account, please call 1-800-772-1413. Our hours of operation are 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (Eastern).

Sincerely yours,

Disputes Department

www.portfoliorecovery.com

**This communication is from a debt collector but is not an attempt to collect a debt.**
**NOTICE: SEE ADDITIONAL PAGE(S) FOR IMPORTANT INFORMATION**



Page 1 of 2

1481000183

# KAY®
## JEWELERS
### Every kiss begins with Kay.®
### kay.com

**Customer Name**   Christina M Perez
**Account #**

Questions? – Visit us at kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309

## Payment Information

| | |
|---|---|
| New Balance | $654.25 |
| Balance Payable To Avoid Further Interest Charges | $654.25 |
| Minimum Payment | $25.00 |
| Past Due | $345.00 |
| Total Due | $370.00 |
| Payment Due Date | 04/11/2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $10.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 YEARS | $925.57 |
| $26.01 | 3 YEARS | $908.08 Savings =$17.49 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $639.53 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $10.00 |
| Interest Charged | $4.72 |
| **New Balance** | **$654.25** |
| Statement closing date | 03/16/2015 |
| Days in billing cycle | 28 |

## Your Transactions

### Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 03/16/2015 | 03/17/2015 | Late Fee for 02/16/2015 | $10.00 |
| | | TOTAL FEES FOR THIS PERIOD | $10.00 |

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 03/16/2015 | 03/17/2015 | Interest Charges | $4.72 |
| | | TOTAL INTEREST FOR THIS PERIOD | $4.72 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | |
|---|---|
| New Balance | $654.25 |
| Due Date | 04/11/2015 |
| Total Due | $370.00 |
| Amount Enclosed | $ |

Please make your check payable to KAY JEWELERS
Payment mailing address is for remittance only

1481313044416700037000002500065 4252

000183

# KAY®
## JEWELERS
### Every kiss begins with Kay.®
### kay.com

#BWNCKTF

#                                                    #
Christina M Perez
15374 Sw 284 St Apt 163
Homestead FL 33033-5820

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

PRAD3-0628-749733310-00072-72

Exhibit "D"

# Portfolio Recovery Associates, LLC

October 25, 2016

Dear CHRISTINA M PEREZ,

Portfolio Recovery Associates, LLC ("PRA, LLC") is contacting you to collect the balance owed on your account.

*Life happens and at times customers may fall behind on financial commitments. We understand. We are committed to working with you to design a plan that fits your budget.*

*Our account representatives are waiting. Call us today.*

Sincerely,

PRA, LLC

## Account Details

NAME: CHRISTINA M PEREZ

ACCOUNT NUMBER:

SELLER: STERLING JEWELERS INC.

MERCHANT: KAY JEWELERS

ORIGINAL CREDITOR: STERLING JEWELERS INC.

CREDITOR TO WHOM DEBT IS OWED: Portfolio Recovery Associates, LLC

CURRENT BALANCE DUE: $654.25

## Customer Service

Paying your bill is easy with any of these options:

 **Pay by phone**
Call 1-800-772-1413 to make payment arrangements.

**Pay online** - anytime by visiting:
www.portfoliorecovery.com

**Pay by mail** - checks and payments to:
Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541

## Account Offers





**Single Payment***

**Savings Plan**
Pay $523.00 for
and **SAVE $131.25**



**12 Month***

**Savings Plan**
Pay $46.00 for
12 consecutive months and
**SAVE $102.25**



**26 Month***

**Installment Option**
Pay $25.16 for
26 consecutive months

The savings will be applied to the balance and your account will be considered 'Settled in Full' after your final payment is successfully posted.

Your account will be considered "Paid in Full" after your final payment is successfully posted.

ur first payment must be received NO LATER than: **11/30/2016**

are not obligated to renew this offer.

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



Exhibit "E"

**Equifax Credit Report™ for Cristina Perez**
As of: 11/02/2016

Confirmation #:6807



KAY JEWELERS

375 Ghent Rd
Fairlawn , OH-443334601



| | | | |
|---|---|---|---|
| Account Number: | | Current Status: | |
| Account Owner: | | High Credit: | |
| Type of Account : | Revolving | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 12/08/2011 | Balance: | |
| Date Reported: | 07/01/2016 | Amount Past Due: | |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | |
| Date Major Delinquency First Reported: | 04/2015 | Months Reviewed: | |
| Creditor Classification: | | Activity Description: | Transfer/Sold |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | |
| Date of First Delinquency: | | | |
| Comments: | | | |

81-Month Payment History

| Year | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | | | | |

| 2014 | | | | | | | | | | |
| 2013 | | | | | | | | | | |
| 2012 | | | | | | | | | | |
| 2011 | | | | | | | | | | |

## Historical Account Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Balance | | | | | | |
| Scheduled Payment Amount | | | | | | |
| Actual Payment Amount | | | | | | |
| Date of Last Payment | | | | | | |
| High Credit | | | | | | |
| Credit Limit | | | | | | |
| Amount Past Due | | | | | | |
| Type of Loan | | | | | | |
| Activity Designator | | | | | | |
| Comments | | | | | | |
| Comments | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Balance | | | | | | |
| Scheduled Payment Amount | | | | | | |
| Actual Payment Amount | | | | | | |
| Date of Last Payment | | | | | | |
| High Credit | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Credit Limit | | | | | | |
| Amount Past Due | | | | | | |
| Type of Loan | | | | | | |
| Activity Designator | | | | | | |
| Comments | | | | | | |
| Comments | | | | | | |

| | 10/2015 | ▇ | ▇ | ▇ | ▇ | ▇ |
|---|---|---|---|---|---|---|
| Balance | 0 | | | ▇ | ▇ | |
| Scheduled Payment Amount | | | | ▇ | ▇ | |
| Actual Payment Amount | | | | | | |
| Date of Last Payment | ▇ | | | ▇ | ▇ | |
| High Credit | | | | | | |
| Credit Limit | ▇ | | | ▇ | ▇ | |
| Amount Past Due | | | | ▇ | ▇ | |
| Type of Loan | Charge Account | | | ▇ | ▇ | |
| Activity Designator | | | | ▇ | ▇ | |
| Comments | | | | ▇ | ▇ | |
| Comments | | | | ▇ | ▇ | |

| | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
|---|---|---|---|---|---|---|
| Balance | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Scheduled Payment Amount | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Actual Payment Amount | | | | ▇ | | |



| | | | | | |
|---|---|---|---|---|---|
| Date of Last Payment | | | | | 08/2014 |
| High Credit | | | | | |
| Credit Limit | | | | | |
| Amount Past Due | | | | | |
| Type of Loan | | | | | Charge Account |
| Activity Designator | | | | | Closed |
| Comments | | | | | Account closed by credit grantor |
| Comments | | | | | |



PORTFOLIO RECOVERY ASSOC

Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk , VA-235024962

| | | | | |
|---|---|---|---|---|
| Account Number: | STERLING -313044XXXX | Current Status: | | |
| Account Owner: | | High Credit: | | |
| Type of Account : | Open | Credit Limit: | | |
| Term Duration: | | Terms Frequency: | | |
| Date Opened: | 07/16/2015 | Balance: | | |
| Date Reported: | 10/08/2016 | Amount Past Due: | | |
| Date of Last Payment: | | Actual Payment Amount: | | |
| Scheduled Payment Amount: | | Date of Last Activity: | | |
| Date Major Delinquency First Reported: | 11/2015 | Months Reviewed: | 10 | |
| Creditor Classification: | | Activity Description: | | |
| Charge Off Amount: | | Deferred Payment Start Date: | | |
| Balloon Payment Amount: | | Balloon Payment Date: | | |
| Date Closed: | | Type of Loan: | | |
| | | | | |
| Date of First Delinquency: | | | | |
| Comments: | | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |

